UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


WILSON SISTRUNK                                          PLAINTIFFS


VS.                                      CIVIL ACTION NO. 3:05CV726LN


HYDRO ALUMINUM PUCKETT, INC.
AND STRATEGIC COMP SERVICES L.L.C.                        DEFENDANTS


JUDGMENT

Based on the court's memorandum opinion and order entered
this date, it is ordered and adjudged that this cause is dismissed
without prejudice.

SO ORDERED this 27th day of April, 2006.


                                 /s/ Tom S. Lee
                                 UNITED STATES DISTRICT JUDGE